# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MINGO LOGAN COAL COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:10-CV-00541 |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE

Undersigned counsel for the United States, on behalf of Defendant United States Environmental Protection Agency ("EPA"), hereby provides notice of the filing of the certified index to the administrative record for the agency action challenged in this case. A copy of the certified index to the administrative record is being filed as an attachment to this Notice. Undersigned counsel has also sent a copy of the entire record on electronic media to the Court and opposing counsel.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

/s/Kenneth C. Amaditz
CYNTHIA J. MORRIS
KENNETH C. AMADITZ
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 616-7554 (Morris)

- 2 -

(202) 514-3698 (Amaditz)
Fax: (202) 514-8865
c.j.morris@usdoj.gov
kenneth.amaditz@usdoj.gov

OF COUNSEL:

KARYN WENDELOWSKI
Office of General Counsel
U.S. EPA
1200 Pennsylvania Ave., N.W.
MC 2355A
Washington, D.C. 20460

STEFANIA SHAMET
Office of Regional Counsel
U.S. EPA Region III
1650 Arch St.
Philadelphia, PA 19103-2029

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2011, I caused a copy of the foregoing Notice and attachment to be served on counsel of record via the Court's CM/ECF system.

/s/Kenneth C. Amaditz