IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MINGO LOGAN COAL COMPANY, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:10-cv-00541-CKK |

**CERTIFICATION OF INDEX TO THE ADMINISTRATIVE RECORD**

I hereby certify that, to the best of my knowledge and belief, the documents identified in the attached index constitute the administrative record which was considered by the Environmental Protection Agency for the "Final Determination of the Assistant Administrator for Water Pursuant to Section 404(c) of the Clean Water Act Concerning the Spruce No. 1 Mine, Logan County, WV," 76 Fed. Reg. 3126 (January 19, 2011).

Executed on March 29, 2011

_____
Denise Keehner
Office Director
Office of Watersheds and Wetlands