UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| MINGO LOGAN COAL COMPANY INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-0541 (ABJ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

United Company has moved for leave to file an amicus curiae brief [#33] in support of plaintiff Mingo Logan Coal Company's motion for summary judgment. United Company states that it is the owner of most of the coal to be mined by plaintiff Mingo Logan Coal Company ("Mingo Logan"), and that the EPA's revocation of the permit that is the subject of this action will result in significant financial losses to it. United Company proposes to argue in its amicus brief that the EPA's veto of a permit issued by the Army Corps of Engineers under section 404 of the Clean Water Act, 33 U.S.C. §1344, amounts to an unconstitutional taking of its property and of Mingo Logan's property.

But Mingo Logan does not allege in this case that it was subject to an unconstitutional taking, and United Company is not seeking to intervene as a party with a property interest at stake in the action. At the hearing on the motion, United Company explained that its brief was simply designed to make the court aware of the constitutional ramifications of the EPA's "momentous" decision, and it asserted that those constitutional implications could bear in some

way on the exercise in statutory interpretation on which the Court is about to embark. But the parties both agreed that the Court of Federal Claims, not this Court, would be the proper court in which to raise those claims if the EPA action is allowed to stand. So while United Company's amicus brief may very well educate the Court about interesting and potentially significant constitutional questions, it will not assist the Court in deciding the issues that are actually pending before it in this case. The Court will therefore exercise its broad discretion, *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 94 (D.D.C. 2007), and deny United Company's motion.

Accordingly, it is ORDERED that United Company's motion for leave to file an amicus curiae brief [#33] is denied.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: August 1, 2011